The Honorable David G. Estudillo
The Honorable Theresa L Fricke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAK PO CHU,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, Attorney General; KRISTI NOEM, Secretary of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; CAMMILLA WAMSLEY, Field Office Director, ICE Seattle Field Office; BRUCE SCOTT, Warden, Northwest ICE Processing Center,<br><br>Respondents. | Case No. 2:25-cv-01392-DGE-TLF<br><br>JOINT STIPULATION AND [proposed] ORDER EXTENDING DEADLINE TO FILE RETURN AND STATUS REPORT<br><br>Noted for Consideration: Today |

COMES NOW Petitioner, by and through his counsel, Simon Sandoval-Moshenberg and Kelly Vomacka, and Federal Respondents, by and through their counsel, Teal Luthy Miller, Acting United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney for said District, pursuant to LCR 7(j) and 16(b)(6), and hereby jointly stipulate and respectfully request that the Court extend the deadline for Federal Respondents to file a Return and Status Report to Petitioner's § 2241 Petition until September 12, 2025.

JOINT STIPULATION AND ORDER EXTENDING
DEADLINE TO FILE RETURN AND STATUS REPORT
[2:25-cv-01392-DGE-TLF] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1  WHEREAS the parties have met and conferred and acknowledge that there have been recent developments in Petitioner's underlying immigration proceedings. There is also a hearing scheduled for September 8, 2025, the outcome of which may significantly impact Petitioner's § 2241 Petition.

WHEREAS the Parties agree to extend the deadline for Federal Respondents to file a Return and Status Report until September 12, 2025, following the completion of the upcoming administrative hearing.

NOW THEREFORE, the Parties, through their respective counsel of record, do hereby jointly stipulate and agree, and respectfully request, that the Court make and enter the following order:

Federal Respondents' deadline to file a Return and Status Report is extended to September 12, 2025.

SO STIPULATED.                                      SO STIPULATED.

DATED this 3rd day of September, 2025               DATED this 3rd day of September, 2025.

GIBBS HOUSTON PAUW                                  TEAL LUTHY MILLER
                                                    Acting United States Attorney

*s/ Kelly Vomacka*                                  *s/ Kristin B. Johnson*
KELLY VOMACKA, WSBA #20090                          KRISTIN B. JOHNSON, WSBA #28189
1000 Second Avenue, Suite 1600                      Assistant United States Attorney
Seattle, WA 98104                                   United States Attorney's Office
Phone: (206) 708-8744                               700 Stewart Street, Suite 5220
Email: kelly.vomacka@ghp-law.net                    Seattle, WA 98101
                                                    Phone: (206) 553-7970
*Attorney for Petitioner*                           Fax:   (206) 553-4073
                                                    Email: kristin.b.johnson@usdoj.gov

                                                    *Attorneys for Federal Respondents*

                                                    I certify that this memorandum contains 198 words, in compliance with the Local Civil Rules.

1  SO STIPULATED.

2  DATED this 3rd day of September, 2025

3

   *//s// Simon Sandoval-Moshenberg*
4  Simon Sandoval-Moshenberg
   Virginia State Bar no. 77110
5  MURRAY OSORIO PLLC
   4103 Chain Bridge Road, Suite 300
6  Fairfax, VA 22030
   Telephone: (703) 352-2399
7  Facsimile: (703) 763-2304
   ssandoval@murrayosorio.com
8
   *Attorney for Petitioner*
9

10

11

12                              **ORDER**

13         IT IS SO ORDERED.

14         DATED this __4th_____ day of __September_____, 2025.

15

16                                  _____
                                    THERESA L. FRICKE
17                                  United States Magistrate Judge

18

19

20

21

22

23

24

JOINT STIPULATION AND ORDER EXTENDING
DEADLINE TO FILE RETURN AND STATUS REPORT
[2:25-cv-01392-DGE-TLF] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970